ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**FILED**
HARRISBURG, PA

JUL 2 5 2005

| | | |
|---|---|---|
| UNITED STEELWORKERS OF AMERICA, et al. | : | CIVIL ACTION MARY E. D'ANDREA, CLERK |
| | : | Per _____ Deputy Clerk |
| v. | : | |
| | : | ). Conner |
| MARSH ASPHALT, INC. | : | |
| | : | NO. 1:05-CV-0149 |

### MOTION FOR SPECIAL APPOINTMENT TO SERVE PROCESS
### (Local Rule 29 and FRCP 4.1(a))

Application is hereby made for an Order specially appointing Rae Russell Burton, III to serve the Writ Of Execution on Second National Bank, 173 Morgantown Street, Uniontown, PA 15401, in this action, and it is represented that the person named is competent and at least (18) years old. The person is not and will not be a party to this action. Substantial time and expense will be saved by not using the U.S. Marshal or his Deputy for this purpose.

SPEAR, WILDERMAN, BORISH,
ENDY, SPEAR AND RUNCKEL

Date:   July 22, 2005

\S\ _____

Benjamin Eisner
Attorney for Plaintiff(s)

### ORDER

The above application is ORDERED and GRANTED.

FURTHER ORDERED that proof of such service shall be made by certification in accordance with Rule 4(l), FRCP, and filed with the Clerk together with the original process.

FURTHER ORDERED that entry hereof implies no ruling on the validity of such service.

ORDER DATED: __8/10/05__

_____
(X) U.S. District Judge
( ) Clerk  ( ) Deputy Clerk